be settled on notice.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

EUGENE DELMAR, Respondent, v. SUSAN M. CUMMINGS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL MILLMAN.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT MOORE.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ELROY I. QUICK.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CORA WELLS.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

INDELLI & CONFORTI COMPANY v. HUDSON REALTY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE GREENWICH SAVINGS BANK, Respondent, v. FRANKLIN-MADISON REALTY COMPANY, Appellant, Impleaded, etc.— Motion to dismiss appeal granted, without costs.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BIRD S. COLER, Commissioner, etc., on Complaint of MAY BROWN, v. WILLIAM McCORMACK.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BIRD S. COLER, Commissioner, etc., on Complaint of IDA SHAPIRO, v. SAMUEL ACELLO.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BIRD S. COLER, Commissioner, etc., on Complaint of ESTHER TOTH, v. JOHN HARHOZI.— Motion to dismiss appeal granted.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

PAUL FISCH v. MORRIS MILDENBERT and Others.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

PAUL FISCH v. MORRIS MILDENBERT and Others.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JOHN REILLY v. MARY F. HARDY and Others.— Motion to dismiss appeal granted, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JOHN W. HOOLEY v. WATSON FLAGG ENGINEERING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply